TDCJ Offender Details



  TDCJ Home  New Offender Search

# Offender Information Details

| Return to Search list |

| | |
|---|---|
| **SID Number:** | 50077745 |
| **TDCJ Number:** | 01851178 |
| **Name:** | WILSON,LILNIFTY GENERAL |
| **Race:** | B |
| **Gender:** | M |
| **DOB:** | 1977-09-23 |
| **Maximum Sentence Date:** | 2016-09-28 |
| **Current Facility:** | BYRD |
| **Projected Release Date:** | 2016-09-28 |
| **Parole Eligibility Date:** | 2013-03-17 |
| **Offender Visitation Eligible:** | NO |

*The offender is temporarily ineligible for visitation. Please call the offender's unit for any additional information.*

*The visitation information is updated once daily during weekdays and multiple times per day on visitation days.*

### SPECIAL INFORMATION FOR SCHEDULED RELEASE:

| | |
|---|---|
| **Scheduled Release Date:** | Offender is not scheduled for release at this time. |
| **Scheduled Release Type:** | Will be determined when release date is scheduled. |
| **Scheduled Release Location:** | Will be determined when release date is scheduled. |

## Parole Review Information

### Offense History:

| Offense Date | Offense | Sentence Date | County | Case No. | Sentence (YY-MM-DD) |
|---|---|---|---|---|---|
| 2012-06-04 | RETALIATION | 2013-03-28 | BEXAR | 2012CR8462 | 4-00-00 |